AUSA



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 8442

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Erick Alberto XICOHTENCATL-Cisneros, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 16, 2008, within the Southern District of California, defendant Erick Alberto XICOHTENCATL-Cisneros did knowingly and intentionally import approximately 36.48 kilograms (80.25 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Rafael Silva, Special Agent
Immigration and Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19TH DAY OF May 2008.

Peter C. Lewis
U. S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Rafael Silva with the U.S. Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On May 16, 2008 at approximately 1239 hours, Erick Alberto XICOHTENCATL-Cisneros entered the United States from the Republic of Mexico at the Calexico East Port of Entry. XICOHTENCATL was the driver, registered owner and sole occupant of a 2002 Chevy Cavalier bearing Baja California, Mexico license plate number BDW8764. Customs and Border Protection Officers searched the vehicle XICOHTENCATL was driving and discovered thirty-four (34) packages containing a green leafy substance concealed within the dashboard and back seat headrest of the vehicle. A sample from one of the packages was obtained which field-tested positive for marijuana. The combined weight of the 34 packages was 36.48 kilograms of marijuana.

XICOHTENCATL was advised of his Constitutional rights according to Miranda, which he acknowledged, waived and agreed to be interviewed. XICOHTENCATL stated he knew the vehicle contained marijuana. XICOHTENCATL was to be paid $1,100.00 dollars to drive the drug-laden vehicle into the United States. XICOHTENCATL also admitted that on three prior occasions he had driven this same vehicle with drugs into the U.S. XICOHTENCATL said he received $1,100.00 dollars for each of the three times.

Executed on May 17, 2008 at 1130 hours.

Rafael Silva, Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 16, 2008 in violation of Title 21, United States Code, Sections 952 and 960.

United States Magistrate Judge

5/17/08  12:30pm
Date/Time